```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 07-60027-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FRANK HERNANDEZ, et al.

      Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Paul Wiseberg's** Motion to Adopt (DE 410) Co-Defendants EVA's and Tropic's Response in Opposition to Government's Application for Protective Order.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED, except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of July, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**SERVICE LIST**

**USA v. FRANK HERNANDEZ**, et al.

**CASE NO. 06-60027-CR-ZLOCH/Snow**

```
AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)
```