UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FRANK HERNANDEZ, et al.

       Defendants.

_____

### ORDER ON VARIOUS MOTIONS

THIS CAUSE is before the Court on various motions filed by the defendants. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant **Paul Wiseberg's** Motion to Impose Procedure to Regulate the Government's Compliance With Its Discovery Obligations (DE 304) is DENIED as moot.

2. Defendants **Amada Hernandez', Paul Wiseberg's, Frank Hernandez', Theophilos Antoniou's, Howard Helfant's, Emmanuel Antonio's, EVA Global's and Tropic's** Motions for Extension of Time to File Discovery Motions (DE 451, 445, 450, 452, 449, 456 and 458) are GRANTED. All counsel for the defendants shall have until August 24, 2007, within which to file pretrial discovery motions.

3. Defendant **Frank Hernandez'** Motion to Adopt Defendant Hannibal Edwards' Motion for Order Dismissing Indictment (DE 465) and Motion to Adopt Defendant Serge Francois' Motion to Dismiss Indictment (DE 466) are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from

or objection to any magistrate judge ruling must be taken individually, specifically and timely.

    4. Defendant **Amada Hernandez'** Motion to Adopt Defendant Hannibal Edwards' Motion for Order Dismissing Indictment (DE 467) and Motion to Adopt Defendant Serge Francois' Motion to Dismiss Indictment (DE 468) are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of July, 2007.

              LURANA S. SNOW
              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)