UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### ORDER ON VARIOUS MOTIONS

THIS CAUSE is before the Court on various motions filed by the defendants. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendants **Frank Hernandez', Amada Hernandez', Paul Wiseberg's and Edgar Cruz'** Motions to Adopt (DE 476, 477, 487 and 497) defendant Howard Helfant's Motion to Dismiss Indictment (DE 472) are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

2. Defendants **Steve Marhee's, Paul Wiseberg's, Howard Helfant's, Emmanuel Antonio's, Edgar Cruz' and Theophilos Antoniou's** Motions to Adopt (DE 483, 485, 492, 493, 496 and 500) defendant Serge Francois' Motion to Dismiss Indictment (DE 464) are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

3. Defendant **Steve Marhee's, Paul Wiseberg's, Howard Helfant's, Edgar Cruz' and Theophilos Antoniou's** Motions to Adopt (DE 484, 486, 491, 495 and 499) defendant Hannibal Edwards' Motion for Order Dismissing Indictment (DE 457) are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

4. Defendant **Howard Helfant's, Edgar Cruz' and Theophilos Antoniou's** Motions to Adopt (DE 490, 498 and 501) defendant Paul Wiseberg's Motion to Dismiss Counts 1 and 9-12 of the Indictment (DE 482) are GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)