```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 07-60027-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANK HERNANDEZ, et al.

        Defendants.

_____

## O R D E R

THIS CAUSE is before the Court on defendants **Paul Wiseberg's, Howard Helfant's, Frank Hernandez', Thomas Walker's, Steve Marhee's, Edgar Cruz' and Lawrence Pinkoff's** Motions to Adopt (DE 644, 648, 650, 661, 662, 668 and 679) defendant Serge Francois' Motion *In Limine* (DE 642).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED, except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of October, 2007.

               *Lurana S. Snow*
               LURANA S. SNOW
               UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**<u>SERVICE LIST</u>**

**<u>USA v. FRANK HERNANDEZ</u>, et al.**

**<u>CASE NO. 07-60027-CR-ZLOCH/Snow</u>**


AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez)
Omar Guerra Johansson, Esq. (D-Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)