UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            **O R D E R**

FRANK HERNANDEZ, et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 676 as amended DE 692) filed herein by United States Magistrate Judge Lurana S. Snow and upon the Objections To Magistrate's Report (DE 706, 709) filed by the Defendants, Frank Hernandez and Amada Hernandez and the Motions To Adopt Objections (DE 719, 723) filed herein by Edgar Cruz. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Defendant Edgar Cruz's Motions To Adopt Objections To Magistrate's Report (DE 719, 723) be and the same are hereby **GRANTED**;

    2.    The Defendants, Frank Hernandez and Amada Hernandez's Objections To Magistrate's Report (DE 706, 709) be and the same are hereby **OVERRULED**; and

3. The Report And Recommendation (DE 676 as amended DE 692) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of February, 2008.

  _____
  WILLIAM J. ZLOCH
  United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record